# Court of Appeals
# of the State of Georgia

ATLANTA, October 24, 2025

*The Court of Appeals hereby passes the following order:*

## A26D0139. MICHELLE BROCK v. MICHAEL BITTICK.

Michelle Brock and Michael Bittick are the biological parents of a child born in 2022. After Bittick filed a legitimation action, the trial court entered an order granting the parents joint legal custody with Brock being the primary physical custodian. Bittick later filed a petition to modify custody; in September 2025, the trial court awarded Bittick sole custody of the child. Brock then filed this timely application for discretionary appeal challenging the custody award.

Ordinarily, appeals of orders in domestic relations cases must be initiated by filing an application for discretionary appeal. See OCGA § 5-6-35 (a) (2), (b). However, under OCGA § 5-6-34 (a) (11), "[a]ll judgments or orders in child custody cases awarding, refusing to change, or modifying child custody" are directly appealable. Because Brock challenges the trial court's custody ruling, the order is subject to direct appeal. See *In the Interest of N. C.*, 363 Ga. App. 398, 403 (1) (870 SE2d 569) (2022) ("[A] party seeking to challenge a child custody order entered in a legitimation case may file a direct appeal.") (citation omitted). We will grant a timely application for discretionary appeal if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j).

Accordingly, this application is hereby GRANTED. Brock has ten days from the date of this order to file a notice of appeal if she has not already done so. The clerk

of the superior court is DIRECTED to include a copy of this order in the appeal record transmitted to this Court.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,    10/24/2025               *
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*